# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

FILED

12 SEP -7 AM 8:27

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

Daniel Ramos (2),

        Defendant.

CASE NO. 12-cr-03088-IEG

**JUDGMENT OF DISMISSAL**

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____ the Court has dismissed the case for unnecessary delay; or

____ the Court has granted the motion of the Government for dismissal, without prejudice; or

____ the Court has granted the motion of the defendant for a judgment of acquittal; or

____ a jury has been waived, and the Court has found the defendant not guilty; or

____ the jury has returned its verdict, finding the defendant not guilty;

__X__ of the offense(s) as charged in the Indictment/Information:

8:1324(a)(1)(A)(ii) and (v)(II) - Transportation of Illegal Aliens and

Aiding and Abetting(2)

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 9/4/12

Barbara L. Major
U.S. Magistrate Judge